**STEPHENSON v. BARTLETT**

[357 N.C. 59 (2003)]

| | | |
|---|---|---|
| ASHLEY STEPHENSON, INDIVIDUALLY, AND AS A RESIDENT AND REGISTERED VOTER OF BEAUFORT COUNTY, NORTH CAROLINA; LEO DAUGHTRY, INDIVIDUALLY, AND AS REPRESENTATIVE FOR THE 95TH DISTRICT, NORTH CAROLINA HOUSE OF REPRESENTATIVES; PATRICK BALLANTINE, INDIVIDUALLY, AND AS SENATOR FOR THE 4TH DISTRICT, NORTH CAROLINA SENATE; ART POPE, INDIVIDUALLY, AND AS REPRESENTATIVE FOR THE 61ST DISTRICT, NORTH CAROLINA HOUSE OF REPRESENTATIVES; AND BILL COBEY, INDIVIDUALLY, AND AS CHAIRMAN OF THE NORTH CAROLINA REPUBLICAN PARTY AND ON BEHALF OF THEMSELVES AND ALL OTHER PERSONS SIMILARLY SITUATED | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| v. | ) ) | ORDER |
| GARY O. BARTLETT, as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; LARRY LEAKE, ROBERT B. CORDLE, GENEVIEVE C. SIMS, LORRAINE G. SHINN, AND CHARLES WINFREE, AS MEMBERS OF THE STATE BOARD OF ELECTIONS; JAMES B. BLACK, AS SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES; MICHAEL EASLEY, AS GOVERNOR OF THE STATE OF NORTH CAROLINA; AND ROY COOPER, AS ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA | ) ) ) ) ) ) ) ) ) ) ) ) ) | |

No. 94PA02-2

This matter is hereby certified to the Honorable Knox V. Jenkins, Jr., Senior Resident Superior Court Judge, Johnston County, for additional findings of fact regarding the trial court's 31 May 2002 determination that the General Assembly's 2002 redistricting plans ("House Plan-Sutton 5" and "Senate Plan-Fewer Divided Counties") are unconstitutional.

To expedite this process, the trial court may consult with its court-appointed experts and request proposed findings of fact from the parties, and the parties may tender any such proposed findings consistent with the service requirements of Rule 5 of the North Carolina Rules of Civil Procedure.

The trial court shall recertify this matter to this Court within forty days from the date of this Order. Pursuant to Rule 2 of the North Carolina Rules of Appellate Procedure, the parties are deemed to have excepted and assigned error to the trial court's findings of fact. The parties shall have ten days from the date of recertification to this

**STEPHENSON v. BARTLETT**

[357 N.C. 59 (2003)]

Court to file any desired supplemental briefs for determination without further oral argument pursuant to Rule 30(f)(1) of the North Carolina Rules of Appellate Procedure.

By order of the Court in Conference, this 14th day of March, 2003.

Brady, J.
For the Court